<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BLACK BOX CORPORATION, | : | |
| Plaintiff, | : | Civ. No. 07-6161 (GEB) (JJH) |
| v. | : | **ORDER** |
| AVAYA, INC., | : | |
| Defendant. | : | |

**<u>BROWN, Chief Judge</u>**

  This matter comes before the Court upon the motion of defendant Avaya, Inc. ("Avaya") to dismiss the Amended Complaint and Jury Demand filed by plaintiff Black Box Corporation ("Black Box") (Docket No. 21); and for the reasons discussed in the memorandum opinion accompanying this order

  IT IS THIS     29th     day of August 2008 hereby

  ORDERED that Avaya's motion to dismiss (Docket No. 21) is GRANTED in part and DENIED in part.

                   s/ Garrett E. Brown, Jr.    
               GARRETT E. BROWN, JR., U.S.D.J.