UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BLACK BOX CORPORATION, : | |
| : | |
| Plaintiff, : | Civ. No. 07-6161 (GEB) |
| : | |
| v. : | **ORDER** |
| : | |
| AVAYA, INC., : | |
| : | |
| Defendant. : | |

**BROWN, Chief Judge**

      This matter comes before the Court upon the motion of plaintiff Black Box Corporation ("Black Box") for leave to file a Second Amended Complaint against defendant Avaya, Inc. ("Avaya") [Docket No. 39]; and for the reasons discussed in the memorandum opinion accompanying this order

      IT IS THIS    8th    day of September 2009 hereby

      ORDERED that Black Box's motion to for leave to file a Second Amended Complaint [Docket No. 39] is GRANTED in part and DENIED in part.

      s/ Garrett E. Brown, Jr.
      GARRETT E. BROWN, JR., U.S.D.J.