UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACK BOX CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>AVAYA, INC.,<br><br>  Defendant. | HON. GARRETT E. BROWN, JR., U.S.D.J.<br><br>Civil Action No. 3:07-cv-06161 (GEB)<br><br>**ORDER**<br><br>**Document Filed Electronically** |

   Based upon the parties' Stipulation of Dismissal With Prejudice, it is hereby ORDERED, ADJUDGED and DECREED that this action is hereby dismissed with prejudice, each party to bear its own fees and costs. This 24th day of November, 2009.

                                   _____
                                   United States District Judge

RECEIVED

NOV 24 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACK BOX CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AVAYA, INC.,<br><br>　　　　Defendant. | HON. GARRETT E. BROWN, JR., U.S.D.J.<br><br>Civil Action No. 3:07-cv-06161 (GEB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Document Filed Electronically** |

NOW, this 20th day of November, 2009, Plaintiff, Black Box Corporation, and Defendant, Avaya, Inc., hereby stipulate and agree that this case shall be dismissed with prejudice, effective immediately, each party to bear its own fees and costs.

**ARCHER & GREINER, P.C.**
One Centennial Squire
Haddonfield, NJ 08033-0968
(856)795-2121
Attorneys for Defendant,
Avaya, Inc.

BY: _/s/ R. Egan_____
　　　ROBERT T. EGAN, ESQ.

DATED: __11/20/09__

**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(973)848-4000
Attorneys for Plaintiff,
Black Box Corporation

BY: _/s/_____
　　　ANTHONY P. LAROCCO, ESQ.

DATED: __11/20/09__